# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARCUS MARQUIS MILLER,**
**ADC #173068**                                                                          **PLAINTIFF**

V.                                     CASE NO. 4:20-CV-728-JM-BD

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal filed by Magistrate Judge Beth Deere and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

Mr. Miller's claims are DISMISSED, without prejudice, based on his failure to state a constitutional claim for relief. This dismissal counts as a "strike" for purposes of 28 U.S.C. C. § 1915(g); and the Court certifies that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 24th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE