**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARCUS MARQUIS MILLER,**
**ADC #173068**                                                                          **PLAINTIFF**

**V.**                                    **CASE NO. 4:20-CV-728-JM-BD**

**ARKANSAS DEPARTMENT**
**OF CORRECTION,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT

PREJUDICE.

IT IS SO ORDERED this 24th day of June, 2020.


_____
UNITED STATES DISTRICT JUDGE